IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA


| | | |
|---|---|---|
| DANIEL L. MOATS, | ) | |
| | ) | |
| Plaintiff(s), | ) | 8:05cv236 |
| | ) | |
| v. | ) | |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF | ) | |
| AMERICA, | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |


IT HEREBY IS ORDERED:


Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by June 28, 2005, file their Report of Parties' Planning Conference.


DATED June 10, 2005.


<u>  /s/  </u>  *David L. Piester*

United States Magistrate Judge