IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL L. MOATS, | ) | 8:05CV236 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| UNUM LIFE INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion to strike (filing 10) is granted, and that filing 9 shall be stricken from the court file.

July 27, 2005.          BY THE COURT:

                        s/ *Richard G. Kopf*
                        United States District Judge