IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL L. MOATS, | ) | 8:05CV236 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| UNUM LIFE INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 11) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, with each party to bear their own costs.

July 27, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge